THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Jimmy Short, Petitioner,
v.
State of South Carolina, Respondent.
 
 
 

Appeal from Dillon County
J. Michael Baxley, Circuit Court Judge

ON WRIT OF CERTIORARI

Memorandum Opinion No. 2004-MO-070
Submitted October 20, 2004  Filed December 
 6, 2004

AFFIRMED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of  S.C. Office 
 of Appellate Defense, of Columbia, for petitioner.
Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Allen Bullard, 
 and Assistant Attorney General William Bryan Dukes, of Columbia, for respondent.
 
 
 
 

 PER CURIAM:  Affirmed pursuant to Rule 220(b),
SCACR, and the following authority:  Thompson v. State, 357 S.C. 192, 593 
 S.E.2d 139 (2004) (victims name does not affect subject matter jurisdiction). 
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., 
 concur.